IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CLEARESULT CONSULTING INC., § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO: 20-CV-01025-LY |
| § | |
| SOLO ENERGY & ELECTRICAL, INC., § | |
| DEFENDANT. § | |

## ORDER CLOSING CASE

Before the court in the above styled and numbered cause is the parties' Joint Stipulation of Dismissal With Prejudice filed January 7, 2021 (Doc. #23). The parties stipulate that this action, including all claims and counterclaims, are dismissed with prejudice, that no party shall be deemed a "prevailing party" for any purpose, and each party shall be responsible for its own costs and attorney's fees. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii), 41(c).

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this 8th day of January, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE